# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **NICOLE AUSTIN DAVIS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV. A. NO.: 26-0117-KD-MU** |
| | ) | |
| **LINDA COLLINS JENSEN,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, Petitioner Nicole Austin Davis's petition is **DISMISSED without prejudice**, and Davis is **ORDERED** to refrain from service of the summons and petition upon the named respondents to this action.

**DONE** and **ORDERED** this **30th** day of **April 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**